UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAQUEL NICOLE WASHINGTON<br>P.O. BOX 1574<br>White Plains, MD 20695,<br><br>AGATHA WASHINGTON<br>P.O. BOX 1574<br>White Plains, MD 20695,<br><br>   *Plaintiffs*,<br><br>   v.<br><br>VETERAN AFFAIRS MEDICAL CENTER<br>50 Irving Street, NW<br>Washington, DC 20422,<br><br>   *Defendant*. | Civil Action No. 16-2316 |

## NOTICE OF REMOVAL OF A CIVIL ACTION

  The Defendant, Veterans Affairs Medical Center ("VA"), hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1442(a)(1), 1446. In support of this Notice, Defendant states as follows:

  1. Plaintiffs filed a civil action styled *Raquel Washington, et al. v. Veteran Affairs Medical Center*, now pending in the Superior Court of the District of Columbia, Civil Action No. 2016 CA 007505 B before the Honorable John Campbell. A copy of the Complaint is attached as Exhibit A.

  2. Plaintiffs filed their Complaint on October 13, 2016. Plaintiffs have not served a copy of the Complaint upon the Office of the United States Attorney, as required under Rule 4(i) of the D.C. Superior Court Rules of Civil Procedure.

3. Plaintiffs claim to be family members of an unidentified individual who they allege died after being hospitalized at the Veterans Affairs Medical Center located at 50 Irving Street, NW Washington, DC 20422.

4. The matter is currently scheduled for an initial scheduling hearing in the Superior Court on January 13, 2017.

5. Defendant is a medical facility operated by the United States Department of Veterans Affairs, which is an agency of the United States pursuant to 28 U.S.C. § 1442(a)(1).

6. Plaintiffs' claims are those over which the District Court has original jurisdiction because the action is brought against an agency of the United States.  Removal of this matter is, therefore, authorized pursuant to 28 U.S.C. § 1442(a)(1).

WHEREFORE, this action is properly removed from the Superior Court of the District of Columbia.

November 21, 2016

Respectfully submitted,

CHANNING D. PHILLIPS
D.C. Bar #415793
United States Attorney

DANIEL F. VAN HORN
D.C. BAR # 924092
Chief, Civil Division

By:  */s/ Brian J. Field*
BRIAN J. FIELD
D.C. BAR #985577
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2551
E-mail: Brian.Field@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2016, I served the foregoing by placing it in the United States mail, first-class postage paid to:

>RAQUEL NICOLE WASHINGTON
>P.O. BOX 1574
>White Plains, MD 20695,
>
>AGATHA WASHINGTON
>P.O. BOX 1574
>White Plains, MD 20695

>*/s/ Brian J. Field*
>Brian J. Field